**DISMISS; and Opinion Filed November 29, 2018.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00046-CV

**LONNIE CHARLES SMITH, Appellant**
**V.**
**SHERIEE MILLER, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-54548-2008**

# MEMORANDUM OPINION

Before Justices Lang-Miers, Fillmore, and Myers
Opinion by Justice Lang-Miers

Appellant's brief in this case is overdue. We granted appellant's first motion to extend on May 16, 2018 and extended the time to file appellant's brief until June 18, 2018. By postcard dated June 21, 2018, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice.

To date, appellant has not filed a brief or otherwise corresponded with the Court regarding the status of this appeal. Accordingly, we **DISMISS** this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

180046F.P05

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LONNIE CHARLES SMITH, Appellant

No. 05-18-00046-CV      V.

SHERIEE MILLER, Appellee

On Appeal from the 416th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 416-54548-2008.
Opinion delivered by Justice Lang-Miers.
Justices Fillmore and Myers participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee SHERIEE MILLER recover her costs of this appeal from appellant LONNIE CHARLES SMITH.

Judgment entered this 29th day of November, 2018.